# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-00098-KDB

| | |
|---|---|
| SAUWANA ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Attorney Fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412 and supporting exhibits. (Doc. No. 14). Plaintiff indicates that Defendant has consented to this Motion. Having reviewed the Motion, supporting exhibits, and the case file, the Court determines that Plaintiff should be awarded attorney fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $5,000.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney Fees, (Doc. No. 14) is **GRANTED**. The Court will award attorney fees in the amount of $5,000, and pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees, and pay those fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED.**

Signed: October 15, 2019

Kenneth D. Bell
United States District Judge